# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Billings County, North Dakota; Golden Valley County, North Dakota; McKenzie County, North Dakota; and Slope County, North Dakota, municipal entities, | ) ) ) ) ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| United States of America, | ) ) Case No. 1:12-cv-102 |
| Defendant. | ) |

Before the court is a motion for attorney Michael B. Marinovich to appear *pro hac vice* on plaintiffs' behalf. The filing of the motion is deemed consent to submit to the jurisdiction of this court in matters of discipline and an agreement to comply with the Local Rules. See D.N.D. Gen. L.R. 1.3(D)(1). Attorney Michael B. Marinovich has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 22) is **GRANTED**. Attorney Michael B. Marinovich is admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge