# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Billings County, North Dakota et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | Case No. 1-12-cv-102 |
| Defendant. | ) | |

Before the court is a motion for attorney R. Timothy McCrum to appear *pro hac vice* on Plaintiff Billings County's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney McCrum has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney McCrum has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 34) is **GRANTED**. Attorney McCrum is admitted to practice before this court in the above-entitled action on behalf of Billings County.

**IT IS SO ORDERED.**

Dated this 12th day of October, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge